AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whalin, Dave | Kentucky-Western Disrict | 07/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge -- full time | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>07/27/2018 |

**7. Chambers or Office Address**

Gene Snyder Courthouse
601 W. Broadway St., Room 200
Louisville, Kentucky 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whalin, Dave** | 07/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017-2018 | Kentucky Retirement System -- fixed annuity | $60,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whalin, Dave** | 07/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jefferson County Federal Credit Union | A | Interest | L | T | | | | | |
| 2. Exxon Mobil | A | Dividend | K | T | | | | | |
| 3. ILAF (money market) | A | Interest | J | T | | | | | |
| 4. Harbor Int'l Instl Fund | | None | | | Sold | 04/24/17 | L | | |
| 5. Royce Premier Fund | | None | | | Sold | 04/24/17 | K | | |
| 6. Yacktman Focused Fund | | None | | | Sold | 04/25/17 | L | | |
| 7. Alliancebernstein Global | A | Int./Div. | | | Sold | 04/25/17 | K | | |
| 8. Prudential Invst. Port. Jennison | A | Int./Div. | | | Sold | 04/25/17 | L | | |
| 9. New Economy Fund CL | | None | | | Sold | 04/25/17 | L | | |
| 10. John Hancock Sovereign Bond Fund Class I | A | Int./Div. | | | Sold | 04/25/17 | K | | |
| 11. ILAF (money fund) | | None | | | Closed | 04/07/17 | J | | |
| 12. Income Fund Amer. Inc | | None | J | T | Buy | 04/07/17 | J | | |
| 13. Aberdeen FDS Emerging Mkts Fund Inst'l Class | | None | J | T | Buy | 04/25/17 | J | | |
| 14. | | | | | Sold (part) | 01/17/18 | J | | |
| 15. Eaton Vance Income Fd Boston CL | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 16. | | | | | Sold (part) | 10/13/17 | J | | |
| 17. | | | | | Sold (part) | 01/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sach Finil Square Treas Instrs | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 19. | | | | | Sold (part) | 07/14/17 | J | | |
| 20. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 21. | | | | | Sold (part) | 07/18/18 | J | | |
| 22. Am. Funds Wash. MutualFD F2 | A | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 23. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 24. Janus Henderson Fd Flex. Bd Fd | B | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 25. | | | | | Sold (part) | 01/17/18 | K | | |
| 26. MFS Service TR Emerging Mkts Debt Fd | A | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 27. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 28. Metro West Fd. Total Return Bd Fd | A | Int./Div. | L | T | Buy | 04/26/17 | L | | |
| 29. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 30. JP Morgan Tr II Core Bd Fd | A | Int./Div. | L | T | Buy | 04/26/17 | L | | |
| 31. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 32. Principal Funds Global Real Estate Secs Fd | A | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 33. | | | | | Sold (part) | 01/17/18 | J | | |
| 34. JP Morgan Tr Small Cap Equity Fd | | None | K | T | Buy | 04/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 36. T Rowe Price Real Est Fund | | None | | | Buy | 04/26/17 | J | | |
| 37. | | | | | Sold | 06/22/17 | J | | |
| 38. T Rowe Price Intl Fd | | None | J | T | Buy | 04/26/17 | K | | |
| 39. | | | | | Sold (part) | 01/17/18 | J | | |
| 40. T Rowe Price Blue Chip Growth Fd | | None | K | T | Buy | 04/26/17 | K | | |
| 41. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 42. Touchstone Fds Group Mid Cap Fd Intitutional Cl | | None | K | T | Buy | 04/26/17 | K | | |
| 43. | | | | | Sold (part) | 01/17/18 | J | | |
| 44. Proctor and Gamble | A | Int./Div. | J | T | | | | | |
| 45. Stockyards Bank Account | A | Int./Div. | J | T | | | | | |
| 46. Alliancebernstein Global Bd. Fd. | A | Int./Div. | | | Sold | 04/25/17 | K | | |
| 47. Harbor Fd Int'l Fd | | None | | | Sold | 04/24/17 | K | | |
| 48. Prudential Invt Prt 10 Jennison Equity Income | A | Int./Div. | | | Sold | 04/25/17 | K | | |
| 49. Royce Premeier Fd | A | Int./Div. | | | Sold | 04/27/17 | K | | |
| 50. Yacktman Focused Fd | | None | | | Sold | 04/25/17 | K | | |
| 51. John Hancock Sovereign Bond Fund Class I | A | Int./Div. | | | Sold | 04/25/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New Economy Fund | | None | | | Sold | 04/25/17 | K | | |
| 53. Aberdeen Fds Emerging Markets Fd Insitutional Class | | None | J | T | Buy | 04/26/17 | J | | |
| 54. | | | | | Sold (part) | 01/17/18 | J | | |
| 55. | | | | | Buy (add'l) | 06/25/17 | J | | |
| 56. Eaton Vance Ser II Income Fund Boston Cll | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 57. | | | | | Sold (part) | 01/17/18 | J | | |
| 58. Goldman Sachs Tr Finil Square Trea. Instrs | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 59. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 60. American Funds Wash. Mutual Fd F2 | C | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 61. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 62. Janus Henderson Fd. Flex. Bd. Fd. Class 1 | B | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 63. | | | | | Sold (part) | 01/17/18 | J | | |
| 64. MFS Ser Tr X Emerging Mkts Debt Fd | B | Int./Div. | K | T | Buy | 04/26/17 | J | | |
| 65. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 66. Metro West Fds Total Return Bd Fd Cll | C | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 67. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 68. JP Morgan Tr II Core Bd Fd I Cl | B | Int./Div. | K | T | Buy | 04/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 70. Principal Funs Inc Global Real Estate Sec Funds Intitutional Cl | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 71. | | | | | Sold (part) | 01/17/18 | J | | |
| 72. JP Morgan Tr I Small Cap Equity Fd | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 73. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 74. T Rowe Price Real Estate Fd Inc | A | Int./Div. | | | Buy | 04/26/17 | J | | |
| 75. | | | | | Sold | 06/22/17 | J | | |
| 76. T Rowe Price Intl Fd Overseas Stk Fd | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 77. | | | | | Sold (part) | 01/17/18 | J | | |
| 78. T Rowe Price Blue Chip Growth Fd | A | Int./Div. | K | T | Buy | 04/26/17 | K | | |
| 79. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 80. Touchstone Fds Group TR Mid Cap Institutional Class | A | Int./Div. | K | T | Buy | 04/26/17 | J | | |
| 81. | | | | | Sold (part) | 01/17/18 | J | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 07/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dave Whalin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544